## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **PROVELL PHARMACEUTICALS, LLC** | : | **BANKRUPTCY NO. 25-11308 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |
| **CHRISTINE C. SHUBERT,** Chapter 7 Trustee for the Estate of **PROVELL PHARMACEUTICALS, LLC;** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **ADVERSARY NO. 25-00209 (DJB)** |
| | : | |
| **TRACELINK, INC.;** | : | |
| | : | |
| **Defendant.** | : | |

### STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT

Christine C. Shubert, in her capacity as Chapter 7 Trustee for the estate of Provell Pharmaceuticals, LLC (the "Plaintiff"), and TraceLink, Inc. (the "Defendant"), by and through their undersigned counsel, hereby stipulate that the deadline for the Defendant to file an answer or otherwise file a response to the Plaintiff's Complaint is extended from October 27, 2025 to and including December 4, 2025.

| | |
|---|---|
| **KARALIS PC** | **K&L GATES LLP** |
| | |
| By: /s/ Robert W. Seitzer | By: /s/ Emily K. Steele |
| Robert W. Seitzer, Esquire | Emily K. Steele, Esquire |
| | |
| *Counsel for the Plaintiff* | *Counsel for the Defendant* |
| | |
| Date: October 21, 2025 | Date: October 21, 2025 |

### ORDER

The foregoing Stipulation is **APPROVED**.

Date: _____

DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE